

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 2-10-238-CV

TAZZMAN, INC. D/B/A                                                         APPELLANT
HARDBODY'S OF ARLINGTON

V.

CITY OF ARLINGTON, TEXAS                                                  APPELLEES
AND THERON BOWMAN,
CHIEF OF POLICE

----------

## FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

----------

### MEMORANDUM OPINION[1]  AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED:  August 5, 2010

---

[1]*See* Tex. R. App. P. 47.4.